# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2005

Clifford W. Taylor,
Chief Justice

129261

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

WILLIE WRIGHT,
      Plaintiff-Appellee,

v

SC: 129261
COA: 252790
Oakland CC: 2003-050906-NO

MICRO ELECTRONICS, INC.,
      Defendant-Appellant,

and

TONY NUNEZ and FRANK ANGELUCCI,
      Defendants.

_____/

      On order of the Court, the application for leave to appeal the June 30, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2005

_____
Clerk